B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Starr, Adam F** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Starr, Johanna M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5125** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8482** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3415 Prairie Avenue**<br>**Brookfield, IL**<br>ZIP Code **60513** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3415 Prairie Avenue**<br>**Brookfield, IL**<br>ZIP Code **60513** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Starr, Adam F**<br>**Starr, Johanna M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Starr, Adam F** **Starr, Johanna M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Adam F Starr**
Signature of Debtor  **Adam F Starr**

X  **/s/ Johanna M Starr**
Signature of Joint Debtor  **Johanna M Starr**

Telephone Number (If not represented by attorney)

**January  6, 2011**
Date

### Signature of Attorney*

X  **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**January  6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Adam F Starr**
      **Johanna M Starr**                          Case No. _____
                                       Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Adam F Starr**
         **Adam F Starr**

Date: **January  6, 2011**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

Certificate Number: 13858-ILN-CC-013136878



13858-ILN-CC-013136878

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 29, 2010</u>, at <u>12:22</u> o'clock <u>PM CST</u>, <u>Adam Starr</u> received from <u>MoneySharp Credit Counseling Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 29, 2010</u>          By:   <u>/s/Edward Sanchez</u>

Name:   <u>Edward Sanchez</u>

Title:   <u>President</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Adam F Starr**
         **Johanna M Starr**

Debtor(s)

Case No. _____

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Johanna M Starr**

**Johanna M Starr**

Date:  **January 6, 2011**

Certificate Number: 13858-ILN-CC-013136879



13858-ILN-CC-013136879

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 29, 2010</u>, at <u>12:22</u> o'clock <u>PM CST</u>, <u>Johanna Starr</u> received from <u>MoneySharp Credit Counseling Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 29, 2010</u>          By:    <u>/s/Edward Sanchez</u>

                                        Name:  <u>Edward Sanchez</u>

                                        Title:  <u>President</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Adam F Starr,**
**Johanna M Starr**

Case No. _____

Chapter _____**7**_____

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 1,657,600.00 | | |
| B - Personal Property | Yes | 6 | 50,197.47 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 17 | | 1,797,865.02 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 3,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 92,325.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,753.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,465.98 |
| Total Number of Sheets of ALL Schedules | | 64 | | | |
| | | Total Assets | 1,707,797.47 | | |
| | | | Total Liabilities | 1,893,190.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Adam F Starr,**                                    Case No. _____
         **Johanna M Starr**
                                                  ,          Chapter_____**7**_____
                                        Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re   **Adam F Starr,**                                    Case No. _____
      **Johanna M Starr**
                                                                    ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family house, 3901 Arquette Dr., Indianapolis, IN 46235 | Rental Property | H | 62,700.00 | 102,666.00 |
| Single family house, 5236 N. Arlington Ave., Indianapolis, IN 46219 | Prior primary residence | H | 165,000.00 | 164,908.53 |
| Single family house, 3347 Arthington Blvd., Indianapolis, IN 46218 | Rental property | W | 43,300.00 | 60,202.36 |
| Single family house, 4359 Barnor, Indianapolis, IN 46226 | Rental property | W | 58,900.00 | 73,633.79 |
| Multi family house (triplex), 2126-2128 Brookside Ave., Indianapolis, IN 46218 (includes parcels at 2130 and 2134 Brookside) | Rental property | H | 63,800.00 | Unknown |
| Single family house, 2946 N. Colorado Ave., Indianapolis, IN 46218 | Rental Property | H | 41,900.00 | Unknown |
| Single family house, 2308 Coyner Ave., Indianapolis, IN 46218 | Rental property | H | 59,200.00 | Unknown |
| Single family house, 2308 Coyner Ave., Indianapolis, IN 46218 | Rental property | H | 59,200.00 | 9,903.54 |
| Single family house, 2313 Coyner Ave., Indianapolis, IN 46218 (includes parcel at 2309 Coyner) | Rental property | H | 61,100.00 | Unknown |
| Multi family house (duplex), 2317-2319 Coyner Ave., Indianapolis, IN 46218 | Rental property | H | 65,600.00 | 72,067.38 |
| Multi family house (duplex), 2317-2319 Coyner Ave., Indianapolis, IN 46218 | Rental property | H | 65,600.00 | Unknown |
| Single family house, 517 N. Dearborn St., Indianapolis, IN 46201 | Rental property | H | 56,000.00 | Unknown |

|  |  | Sub-Total > | 802,300.00 | (Total of this page) |

___1___ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Adam F Starr,**                                       Case No. _____

          **Johanna M Starr**

_____,

Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Multi family house (duplex), 937-939 N. Dearborn, Indianapolis, IN 46201 | Rental property | H | Unknown | Unknown |
| Multi family house (duplex), 1125-1127 N. Dearborn St., Indianapolis, IN 46201 | Rental property | H | 64,800.00 | 102,666.00 |
| Multi family house (duplex), 643-645 N. Eastern Ave., Indianapolis, IN 46201 | Rental property | H | 70,100.00 | 88,446.32 |
| Multi family house (duplex), 830-832 N. Emerson Ave., Indianapolis, IN 46219 | Rental property | W | 64,800.00 | 81,085.84 |
| Single family house, 1228 N. Emmerson Ave., Indianapolis, IN 46219 | Rental property | H | 72,800.00 | 90,871.77 |
| Multi family house (fourplex), 443-445 N. Gladstone Ave., Indianapolis, IN 46201 | Rental property | H | 116,800.00 | 146,006.25 |
| Multi family house (duplex), 822-224 Jefferson Ave., Indianapolis, IN 46201 | Rental property | H | 73,600.00 | Unknown |
| Single family house, 9610 Meadowlark Dr., Indianapolis, IN 46235 | Rental property | H | 48,800.00 | 60,996.00 |
| Single family house, 646 N. Oxford Ave., Indianapolis, IN 46201 | Rental property | H | 55,400.00 | 69,165.10 |
| Single family house, 533 N. Parker Ave., Indianapolis, IN 46201 | Rental property | H | 45,900.00 | 57,274.30 |
| Multi family houe (duplex), 1825-1827 Rural St., Indianapolis, IN 46218 | Rental property | H | 63,800.00 | 81,975.63 |
| Multi family house (duplex), 1829-1831 Rural St., Indianapolis, IN 46218 | Renal property | H | 64,300.00 | Unknown |
| Multi family house (duplex), 4126-4128 E. Washington St., Indianapolis, IN 46201 | Rental property | H | 55,600.00 | 73,422.15 |
| Single family house, 6144 Woodfox Ct., Indianapolis, IN 46201 | Rental property | H | 58,600.00 | Unknown |

Sub-Total >     **855,300.00**     (Total of this page)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Total >     **1,657,600.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Adam F Starr,**
**Johanna M Starr**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Eli Lilly Federal Credit Union Checking** | J | 600.00 |
| | | **Eli Lilly Federal Credit Union Savings** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **In Storage Facility and at 3415 Prairie - See Attached** | J | 1,500.00 |
| | | **Water filtration system @5236 Arlington Ave.** | J | 2,000.00 |
| | | **Art Supplies Kit at 3415 Prairie Ave.** | J | 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Hard and soft cover books; framed art; antique ladder, rake, bench, and chest; compact discs, digital video discs, VHS tapes; baseball cards** | J | 250.00 |
| 6. Wearing apparel. | | **men's and women's clothing and shoes, purses** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Custome jewelry; women's engagement ring; women's wedding ring; women's anniversary ring; men's wedding band; men's watch** | J | 1,244.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **acoustic guitar** | J | 25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **United Life Insurance (no cash surrender value)** | J | 0.00 |

Sub-Total >    6,769.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Adam F Starr,**                              Case No. _____

        **Johanna M Starr**

                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Eli Lilly 401K and Eli Lilly pension** | H | 4,956.91 |
| | | **ACRS 401K** | H | 989.14 |
| | | **UHG 401K** | H | 92.42 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **various accounts receivable - value unknown, see attachment** | J | 19,340.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       **25,378.47**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Adam F Starr,**
       **Johanna M Starr**

                                           ,
                              Debtors

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2010 tax refund - amount unknown, estimated at $5,000.00** | **J** | **5,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Nissan Maxima** | **H** | **5,000.00** |
| | | **2006 Toyota Scion xb** | **W** | **8,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Japanese Chin** | **J** | **50.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **18,050.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Adam F Starr,**                                                    Case No. _____

**Johanna M Starr**

_____ ,

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **50,197.47** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

Attachment to Schedule B #4

Mattress sets and bed frames, duvet and comforter; mattress pillow topper; sheet sets; pillows; dressers; TVs; sound systems; video game console and games; DVD players; portable CD player; night stands; lamps; stools; hamper; towels; plant stands; foot and back massagers; foot bath; alarm clocks; iron and ironing board; drying rack; couches; loveseat; oversize chair; ottomans; dining room table and chairs; coffee table; side tables; TV cabinet; area rugs; picture frames; wreath; artificial greenery; decorative pillows; baskets; white pottery pieces; decorative accessories; curtain panels and rods; blinds; ornaments; dishes; glasses; plastic cups; mixing bowls; pots and pans; silverware and knives; kitchen utensils and caddy; blender; hand mixer, steamer; dicer; tea pot; coffee pots; baking sheets; tupperware; corningware; spice holder; serving platters; vases; hand towels; pot holders; small rolling island;vacuum cleaners; computer; printer/fax; laptop; desk; file cabinet; desk organizer; luggage; lawn mower; rakes; shovels; air compressor; nail guns; compound saw; circular saw; hand tools; window A/C unit; fans; wheel barrow; ladder; patio furniture; tin barnstar; digital camera; metal dog crate; home phone; cell phones; GPS - 3415 Prairie Ave and Storage unit (Public Storage at 222 N Mannheim Rd, Hillside, IL. 60162

## SCHEDULE B #16

| Accounts receivable | | | |
|---|---|---|---|
| Damages related to rental of property | Marie E. Cork (Defendant) - 1827 N. Rural St., Indianapolis, IN 46218 | H | $5,400 |
| Damages related to rental of property | Shawn Thorpe (Defendant) - 824 N Jefferson Ave., Indianapolis, IN 46201 | H | $2,250 |
| Damages related to rental of property | Stefanie Williams & Derrick Averitte (Defendant) - 1831 N Rural St., Indianapolis, IN 46218 | H | $2,015 |
| Damages related to rental of property | Paul and Malinda Williams (Defendant) - 4126 E. Washington St., Indianapolis, IN 46201 | H | $2,735 |
| Damages related to rental of property | Sharron Stepheny (Defendant) - 937 N. Dearborn Ave, Indianapolis, IN 46201 | H | $500 |
| Damages related to rental of property | Desca McDowell (Defendant) - 939 N. Dearborn Ave., Indianapolis, IN 46201 | H | $550 |
| Damages related to rental of property | Lakia Dix & Dwalon Youngblood (Defendant) - 1831 N. Rural St., Indianapolis, IN 46218 | H | $555 |
| Damages related to rental of property | Jennifer Winter & and other occupants (Defendant) - 2128 E. Brookside Parkway North Drive, Indianapolis, IN 46201 | H | $1,460 |
| Damages related to rental of property | Edward and Shemca Powell (Defendant) - 517 N. Dearborn Ave., Indianapolis, IN 46201 | H | $760 |
| Damages related to rental of property | Katoyia Jackson & Andre Hayes (Defendant) - 1228 N. Emerson Ave., Indianapolis, IN 46219 | H | $445 |
| Damages related to rental of property | Rhonda Smith (Defendant) - 4128 E. Washington St., Indianapolis, IN 46201 | H | $620 |
| Damages related to rental of property | Brock Miller (Defendant) - 443 N. Gladstone Ave., Indianapolis, IN 46201 | H | $310 |
| Damages related to rental of property | Mindy LeFlore (Obligor on Promissory Note) - 1825 N. Rural St., Indianapolis, IN 46218 | H | $1,240 |
| Total | | | $19,340 |

B6C (Official Form 6C) (4/10)

.

In re   **Adam F Starr,**                                          Case No. _____
        **Johanna M Starr**

                                                   ,
                          Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | Ind. Code § 34-55-10-2(c)(3) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Eli Lilly Federal Credit Union Checking | Ind. Code § 34-55-10-2(c)(3) | 600.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| In Storage Facility and at 3415 Prairie - See Attached | Ind. Code § 34-55-10-2(c)(2) | 1,500.00 | 1,500.00 |
| Art Supplies Kit at 3415 Prairie Ave. | Ind. Code § 34-55-10-2(c)(2) | 50.00 | 50.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Hard and soft cover books; framed art; antique ladder, rake, bench, and chest; compact discs, digital video discs, VHS tapes; baseball cards | Ind. Code § 34-55-10-2(c)(2) | 250.00 | 250.00 |
| **Wearing Apparel** | | | |
| men's and women's clothing and shoes, purses | Ind. Code § 34-55-10-2(c)(2) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Custome jewelry; women's engagement ring; women's wedding ring; women's anniversary ring; men's wedding band; men's watch | Ind. Code § 34-55-10-2(c)(2) | 1,244.00 | 1,244.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| acoustic guitar | Ind. Code § 34-55-10-2(c)(2) | 25.00 | 25.00 |
| **Interests in Insurance Policies** | | | |
| United Life Insurance (no cash surrender value) | Ind. Code § 27-1-12-17.1(f) Ind. Code §§ 27-1-12-14, 27-2-5-1(c) | 100% 100% | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Eli Lilly 401K and Eli Lilly pension | Ind. Code § 34-55-10-2(c)(6) | 100% | 4,956.91 |
| ACRS 401K | Ind. Code § 34-55-10-2(c)(6) | 100% | 989.14 |
| UHG 401K | Ind. Code § 34-55-10-2(c)(6) | 100% | 92.42 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| 2010 tax refund - amount unknown, estimated at $5,000.00 | Ind. Code § 34-55-10-2(c)(2) | 5,000.00 | 5,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 Nissan Maxima | Ind. Code § 34-55-10-2(c)(2) | 5,000.00 | 5,000.00 |
| 2006 Toyota Scion xb | Ind. Code § 34-55-10-2(c)(2) | 4,631.00 | 8,000.00 |
| | Total: | 25,438.47 | 28,807.47 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Adam F Starr,**                                        Case No. _____
　　　　　**Johanna M Starr**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.　　　　　　　　　　　　　<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **Seller carryback - 2126-2128 Brookside Ave., (includes parcels at 2130 and 2134 Brookside)**<br><br>Value $　　　　　　　　**0.00** | | | | 4,150.00 | 4,150.00 |
| Account No.　　　　　　　　　　　　　<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **2946 N. Colorado Ave.**<br>**seller carryback**<br><br>Value $　　　　　　　　**0.00** | | | | 2,800.00 | 2,800.00 |
| Account No.　　　　　　　　　　　　　<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **937-939 Dearborn, Indianapolis, IN**<br>**Seller carryback**<br><br>Value $　　　　　　　　**0.00** | | | | 4,850.00 | 4,850.00 |
| Account No.　　　　　　　　　　　　　<br><br>**AF Properties**<br>**1715  n. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **1125-1127 N. Dearborn**<br>**Seller carryback**<br><br>Value $　　　　　　　　**0.00** | | | | 4,600.00 | 4,600.00 |

___16___  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 16,400.00 | 16,400.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Adam F Starr,**
       **Johanna M Starr**

Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **1228 N. Emerson Ave., Indianapolis, IN 46219**<br>**Seller carryback**<br><br>Value $        **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **443-445 N. Gladstone, Indianapolis, IN 46201**<br>**Seller carryback**<br><br>Value $        **0.00** | | | | **8,125.00** | **8,125.00** |
| Account No.<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **822-224 Jefferson Ave., Indianapolis, IN 46201**<br>**Seller carryback**<br><br>Value $        **0.00** | | | | **5,100.00** | **5,100.00** |
| Account No.<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **11/16/04**<br><br>**1825-1827 Rural St., Indianapolis, IN 46218**<br>**Seller carryback**<br><br>Value $        **0.00** | | | | **4,350.00** | **4,350.00** |
| Account No.<br><br>**AF Properties**<br>**1715  n. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **1829-1831 Rural St., Indianapolis, IN 46218**<br>**Seller carryback**<br><br>Value $        **0.00** | | | | **4,350.00** | **4,350.00** |

Sheet  **1**  of  **16**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**21,925.00**      **21,925.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Adam F Starr,**
         **Johanna M Starr**                                              Case No. _____

_____,
                                   Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AF Properties**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **Seller carryback - 6144 Woodfox Ct., Indianapolis, IN 46201**<br><br><br>Value $            **0.00** | | | | **3,900.00** | **3,900.00** |
| Account No.<br><br>**AF Properties**<br>**1715  n. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **seller carryback - 1125 -1127 Dearborn N., Indianapolis, IN 46201**<br><br><br>Value $            **0.00** | | | | **64,800.00** | **64,800.00** |
| Account No.<br><br>**AF Properties**<br>**1715  n. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **Seller carryback - 643-645 N. Eastern Ave., Indianapolis, IN 46201**<br><br><br>Value $            **0.00** | | | | **70,100.00** | **70,100.00** |
| Account No.<br><br>**AF Properties**<br>**1715  n. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **seller carryback - 4126-4128 E. Washington St., Indianapolis, IN 46201**<br><br><br>Value $            **0.00** | | | | **3,750.00** | **3,750.00** |
| Account No.<br><br>**AF Properties**<br>**1715  n. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | H | **Money paid by AF Properties toward 2006 Property taxes; single family house - 2308 Coyner Ave., Indianapolis, IN 46218**<br><br>Value $            **Unknown** | | | | **780.82** | **Unknown** |

Sheet __2__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | 143,330.82 | 142,550.00 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Adam F Starr,**                                                    Case No. _____
         **Johanna M Starr**

_____,
                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Seller carryback - 5236 N. Arlington Ave. | | | | | |
| **AF Properties, LLC** **1715 N. Shadeland Ave.** **Indianapolis, IN 46219** | | H | | | | | | |
| | | | Value $                    0.00 | | | | 7,500.00 | 7,500.00 |
| Account No. xxxxxx2494 | | | Mortgage | | | | | |
| **America's Sevicing Company** **PO Box 10388** **Des Moines, IA 50306** | | W | Multi family house (duplex) - 830-832 N. Emerson Ave., Indianapolis, IN 46219 | | | | | |
| | | | Value $                 64,800.00 | | | | 81,085.84 | 16,285.84 |
| Account No. xxxxxxxxxxx9016 | | | 0706/04 | | | | | |
| **American FINCO** **PO Box 59590** **Schaumburg, IL 60159** | | H | Whole house water filtration system installed at 5236 N. Arlington Ave., Indianapolis, IN 46219 | | | | | |
| | | | Value $                  2,000.00 | | | | 4,325.24 | 2,325.24 |
| Account No. | | | mortgage | | | | | |
| **American Home Mortgage** **Servicing, Inc.** **PO Box 631730** **Irving, TX 75063** | | J | multi family house (duplex) 1825-1827 Rural St., Indianapolis, IN 46218 | | | | | |
| | | | Value $                 63,900.00 | | | | 81,975.63 | 18,075.63 |
| Account No. xxxxxx3801 | | | Mortgage | | | | | |
| **Aurora Loan Service** **Customer Service Research** **PO Box 1706** **Scottsbluff, NE 69363** | | H | Single family house - 646 Oxford Ave., Indianapolis, IN 46201 | | | | | |
| | | | Value $                 55,400.00 | | | | 69,165.10 | 13,765.10 |

Sheet __3__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 244,051.81 | 57,951.81 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Adam F Starr,**                                 Case No. _____

           **Johanna M Starr**

                                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0344** <br><br> **Aurora Loan Service Customer Service Research PO Box 1706 Scottsbluff, NE 69363** | | H | **1st Mortgage** <br><br> **Multi family house (duplex) 2317-19 Coyner, Indianapolis, IN 46218** <br><br> Value $ 65,600.00 | | | | 72,067.38 | 6,467.38 |
| Account No. **xx9803** <br><br> **BAC Home Loans Servicing LP PO Box 5170 Simi Valley, CA 93062-5170** | | H | **mortgage** <br><br> **Multi family house (duplex) - 937-939 Dearborn St., Indianapolis** <br><br> Value $ Unknown | | | | Unknown | Unknown |
| Account No. **xxxxx623-7** <br><br> **BAC Home Loans Servicing LP PO Box 5170 Simi Valley, CA 93062-5170** | | H | **mortgage** <br><br> **single family home - 2308 Coyner Ave., Indianapolis, IN 46218** <br><br> Value $ 59,200.00 | | | | Unknown | Unknown |
| Account No. **xxxxxx8539** <br><br> **Barclays Capital R.E., Inc. d/b/a HomeEq.-Attn: Foreclosure Dept. PO Box 90001 Raleigh, NC 27675** | | H | **3/24/05** <br><br> **Multi family house (duplex) 4126-4128 E. Washington St., Indianapolis, IN 46201** <br><br> Value $ 55,600.00 | | | | 73,422.15 | 17,822.15 |
| Account No. **xxxxxx6843** <br><br> **Chase Mortgage PO Box 24696 Columbus, OH 43224-0643** | | J | **Multi family home (duplex) 1829-1831 Rural St., Indianapolis, IN 46218** <br><br> Value $ 64,300.00 | | | | Unknown | Unknown |

Sheet  **4**  of  **16**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        145,489.53        24,289.53

B6D (Official Form 6D) (12/07) - Cont.

In re    **Adam F Starr,**
**Johanna M Starr**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9764**<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224-0643** | | J | mortgage<br><br>**multi family house (triplex) 2126-2128 Brookside Ave., Indianapolis, IN 46218 (includes parcels at 2130 and 2134 Brookside)** | | | | | |
| | | | Value $            **63,800.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx2537**<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224-0643** | | J | mortgage<br><br>**single family house - 2313 Coyner Ave., Indianapolis, IN 46218 (includes parcel at 2309 Coyner)** | | | | | |
| | | | Value $            **61,100.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx1319**<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224-0643** | | J | mortgage<br><br>**single family house - 2946 N. Colorado Ave., Indianapolis, IN 46218** | | | | | |
| | | | Value $            **41,900.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx6144**<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224-0643** | | H | mortgage<br><br>**single family house - 3901 Arquette Dr., Indianapolis, IN 46235** | | | | | |
| | | | Value $            **62,700.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx1941**<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224-0643** | | H | mortgage<br><br>**single family house - 517 N. Dearborn St., Indianapolis, IN 46201** | | | | | |
| | | | Value $            **56,000.00** | | | | **Unknown** | **Unknown** |

Sheet **5** of **16** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **0.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Adam F Starr,**
     **Johanna M Starr**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1020**<br><br>**Chase Mortgage**<br>PO Box 24696<br>Columbus, OH 43224-0643 | | J | mortgage<br><br>single family house - 6144 Woodfox Ct., Indianapolis, IN 46201<br><br>Value $     **58,600.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx3147**<br><br>**Countrywide Home Loans Servicing LP**<br>PO Box 5170<br>Simi Valley, CA 93062 | | H | Mortgage<br><br>Single Family Home, 533 N. Parker Ave, Indianapolis, IN 46201<br><br>Value $     **45,900.00** | | | | **57,274.30** | **11,374.30** |
| Account No. **xx1NIS**<br><br>**Eli Lilly Federal Credit Union**<br>225 S. East Street,<br>Suite 300<br>Indianapolis, IN 46202 | | H | March 2008<br><br>Auto Loan<br><br>2001 Nissan Maxima<br><br>Value $     **5,000.00** | | | | **6,500.00** | **1,500.00** |
| Account No. **xx6SCI**<br><br>**Eli Lilly Federal Credit Union**<br>225 S. East Street,<br>Suite 300<br>Indianapolis, IN 46202 | | W | May 2008<br><br>Auto Loan<br><br>2006 Toyota Scion xb<br><br>Value $     **8,000.00** | | | | **8,508.00** | **508.00** |
| Account No. **xx2704**<br><br>**Forum Credit Union**<br>Po Box 50738<br>Indianapolis, IN 46250 | | H | 12/19/05<br><br>Mortgage<br><br>Single family house - 5236 N. Arlington Ave., Indianapolis, IN 46219<br><br>Value $    **165,000.00** | | | | **164,908.53** | **0.00** |

Sheet  **6**  of  **16**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **237,190.83** | **13,382.30** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Adam F Starr,**
       **Johanna M Starr,**

Case No. _____

_____
              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Foutty & Foutty, LLP**<br>**155 E. Market St., Ste. 605**<br>**Indianapolis, IN 46204** | | H | **Atty for Greenpoint Mortgage Funding, Inc.**<br><br>**single family house - 2308 Coyner Ave., Indianapolis, IN 46218**<br><br>Value $               **59,200.00** | | | | **64,582.40** | **5,382.40** |
| Account No. xxxxxx8577<br><br>**GMAC Mortgage**<br>**3451 Hammond Ave.**<br>**Waterloo, IA 50702** | | H | **2nd Mortgage**<br><br>**Single Family house - 2308 Coyner Ave., Indianapolis, IN 46218**<br><br>Value $               **59,200.00** | | | | **9,903.54** | **0.00** |
| Account No. xxxxxx1712<br><br>**GMAC Mortgage**<br>**PO Box 4622**<br>**Waterloo, IA 50704** | | H | **mortgage (2nd)**<br><br>**multi family house (duplex) 2317-2319 Coyner Ave., Indianapolis, IN 46218**<br><br>Value $               **65,600.00** | | | | **Unknown** | **Unknown** |
| Account No. xxxxxx3007<br><br>**HomeEq Servicing**<br>**Attn: Foreclosure Dept**<br>**PO Box 90001**<br>**Raleigh, NC 27675** | | H | **Mortgage**<br><br>**Multi family house (duplex) - 643-645 Eastern Ave., Indianapolis, IN 46201**<br><br>Value $               **70,100.00** | | | | **88,446.32** | **18,346.32** |
| Account No. xxxxxx8539<br><br>**HomeEq Servicing**<br>**Attn: Foreclosure Dept**<br>**PO Box 90001**<br>**Raleigh, NC 27675** | | J | **4126-28 Washington, Indianapolis, IN 46201**<br><br>Value $               **55,600.00** | | | | **69,411.91** | **13,811.91** |

Sheet  **7**  of  **16**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **232,344.17** | **37,540.63** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Adam F Starr,**                                                    Case No. _____
       **Johanna M Starr**

_____,
                             Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hooiser Auction Company**<br>**PO Box 667**<br>**Indianapolis, IN 46244** | | H | **single family house, 2308 Coyner Ave., Indianapolis, IN 46218**<br><br><br>Value $       **59,200.00** | | | | **64,582.40** | **5,382.40** |
| Account No. **xxxxxx4689**<br><br>**MainSource Bank**<br>**201 Broadway**<br>**PO Box 87**<br>**Greensburg, IN 47240** | | W | **Mortgage**<br><br>**Single Family house - 3347 Arthington Blvd, Indianapolis, IN 46218**<br>Value $       **43,300.00** | | | | **59,922.09** | **16,622.09** |
| Account No.<br><br>**Marion County Treasurer**<br>**200 E. Washington St.**<br>**Suite 1001**<br>**Indianapolis, IN 46204** | | H | **Single family house - 9610 Meadowlark Dr., Indianapolis, IN 46235**<br><br>Value $       **48,800.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx2537**<br><br>**Marion County Treasurer**<br>**200 E. Washington St.**<br>**Suite 1001**<br>**Indianapolis, IN 46204** | | H | **Parcel at 2309 Coyner (included in 2313 Coyner Note)**<br><br>Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx9764**<br><br>**Marion County Treasurer**<br>**200 E. Washington St.**<br>**Suite 1001**<br>**Indianapolis, IN 46204** | | H | **Parcel at 2130 Brookside (included in 2126-28 Brookside Note)**<br><br>Value $       **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)       **124,504.49**       **22,004.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Adam F Starr,**
         **Johanna M Starr**                                         Case No. _____

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9764** <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | H | **Parcel at 2134 Brookside (included in 2126-28 Brookside Note)** <br><br> Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | H | **single family home - 3901 Arquette Dr., Indianapolis, IN** <br><br> Value $ **62,700.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | H | **Single family home - 5236 N. Arlington Ave., Indianapolis, IN 46219** <br><br> Value $ **165,000.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | W | **Single family house - 3347 Arthington Blvd., Indianapolis, IN 46218** <br><br> Value $ **43,300.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | W | **single family house - 4359 Barnor, Indianapolis, IN 46226** <br><br> Value $ **58,900.00** | | | | **Unknown** | **Unknown** |

Sheet __9__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Adam F Starr,**                                               Case No. _____
         **Johanna M Starr**
_____,
                                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Marion County Treasurer<br>200 E. Washington St.<br>Suite 1001<br>Indianapolis, IN 46204 | J | | multi family hse (triplex) 2126-2128 Brookside, Ave., Indianapolis, IN 46218 includes parces at 2130 and 2134 Brookside)<br><br>Value $            63,800.00 | | | | Unknown | Unknown |
| Account No.<br><br>Marion County Treasurer<br>200 E. Washington St.<br>Suite 1001<br>Indianapolis, IN 46204 | H | | Single family hse - 2946 N. Colorado Ave., Indianapolis, IN 46218<br><br>Value $            41,900.00 | | | | Unknown | Unknown |
| Account No.<br><br>Marion County Treasurer<br>200 E. Washington St.<br>Suite 1001<br>Indianapolis, IN 46204 | H | | single family home - 2308 Coyner Ave., Indianapolis, IN 46218<br><br>Value $            59,200.00 | | | | Unknown | Unknown |
| Account No.<br><br>Marion County Treasurer<br>200 E. Washington St.<br>Suite 1001<br>Indianapolis, IN 46204 | H | | single family home - 2313 Coyner Ave., Indianapolis, IN 46218 (includes parcel at 2309 Coyner)<br><br>Value $            61,100.00 | | | | Unknown | Unknown |
| Account No.<br><br>Marion County Treasurer<br>200 E. Washington St.<br>Suite 1001<br>Indianapolis, IN 46204 | H | | multi family house (duplex) 2317-2319 Coyner Ave., Indianapolis, IN 46218<br><br>Value $            65,600.00 | | | | Unknown | Unknown |

Sheet _**10**_ of _**16**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Adam F Starr,**           Case No. _____
       **Johanna M Starr**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | H | **single family house - 517 N. Dearborn St., Indianapolis, IN 46201** <br><br> Value $     **56,000.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | H | **multi family house (duplex) 937-939 Dearborn, Indianapolis, IN** <br><br> Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | H | **multi family house (duplex) 1125-1127 Dearborn N. Dearborn St., Indianapolis, IN 46201** <br><br> Value $     **64,800.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | H | **multi family house (duplex) 643-645 N. Eastern Ave., Indianapolis, IN 46201** <br><br> Value $     **70,100.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | | W | **multi family house (duplex) 830-832 N. Emerson Ave., Indianapolis, IN 46219** <br><br> Value $     **64,800.00** | | | | **Unknown** | **Unknown** |

Sheet __11__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Adam F Starr,**                                          Case No. _____
         **Johanna M Starr**

_____,
                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Marion County Treasurer <br> 200 E. Washington St. <br> Suite 1001 <br> Indianapolis, IN 46204 | | H | single family house - 1228 N. Emerson Ave., Indianapolis, IN 46219 <br><br><br> Value $ 72,800.00 | | | | Unknown | Unknown |
| Account No. <br><br> Marion County Treasurer <br> 200 E. Washington St. <br> Suite 1001 <br> Indianapolis, IN 46204 | | H | Multi family house (fourplex) 443-445 N. Gladstone Ave., Indianapolis, IN 46201 <br><br><br> Value $ 116,800.00 | | | | Unknown | Unknown |
| Account No. <br><br> Marion County Treasurer <br> 200 E. Washington St. <br> Suite 1001 <br> Indianapolis, IN 46204 | | H | multi-family house (duplex) 822-224 Jefferson Ave., Indianapolis, IN 46201 <br><br><br> Value $ 73,600.00 | | | | Unknown | Unknown |
| Account No. <br><br> Marion County Treasurer <br> 200 E. Washington St. <br> Suite 1001 <br> Indianapolis, IN 46204 | | H | single family house - 646 N Oxford Ave., <br><br><br> Value $ 55,400.00 | | | | Unknown | Unknown |
| Account No. <br><br> Marion County Treasurer <br> 200 E. Washington St. <br> Suite 1001 <br> Indianapolis, IN 46204 | | H | single family house - 533 N. Parker Ave., Indianapolis, IN 46201 <br><br><br> Value $ 45,900.00 | | | | Unknown | Unknown |

Sheet **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                    **0.00**              **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Adam F Starr,**
        **Johanna M Starr**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marion County Treasurer** <br> **200 E. Washington St.** <br> **Suite 1001** <br> **Indianapolis, IN 46204** | | H | **multi family house (duplex) 1825-1827 Rural St., Indianapolis, IN 46218** <br><br><br> Value $              **63,800.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer** <br> **200 E. Washington St.** <br> **Suite 1001** <br> **Indianapolis, IN 46204** | | H | **multi family house (duplex) 1829-1831 Rural St., Indianapolis, IN 46218** <br><br><br> Value $              **64,300.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer** <br> **200 E. Washington St.** <br> **Suite 1001** <br> **Indianapolis, IN 46204** | | H | **multi family house (duplex) 4126-4128 E. Washington St., Indianapolis, IN 46201** <br><br> Value $              **55,600.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Marion County Treasurer** <br> **200 E. Washington St.** <br> **Suite 1001** <br> **Indianapolis, IN 46204** | | H | **single family house - 6144 Woodfox Ct., Indianapolis, IN 46201** <br><br><br> Value $              **58,600.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Mercer Belanger - Chase Tower** <br> **111 Monument Circle, Ste. 3400** <br> **PO Box 44942** <br> **Indianapolis, IN 46244** | | J | **attorney for MainSource Bank** <br><br> **single family house - 3347 Arthington Blvd., Indianapolis, IN 46218** <br> Value $              **0.00** | | | | **0.00** | **0.00** |

Sheet __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Adam F Starr,**
       **Johanna M Starr**

                                                                    Case No. _____
                                                    ,
                                  Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Atty for Forum Credit Union | | | | | |
| Mercer Belanger - Chase Tower 111 Monument Circle, Ste. 3400 PO Box 44942 Indianapolis, IN 46244 | | H | single family house - 5236 N. Arlington Ave., Indianapolis, IN 46219 | | | | | |
| | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | (atty for Forum Credit Union) | | | | | |
| Mercer Belanger - Chase Tower 111 Monument Circle, Ste. 3400 PO Box 44942 Indianapolis, IN 46244 | | H | Multi family house (duplex) 822-824 Jefferson Ave., Indianapolis, IN 46201 | | | | | |
| | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. **xxxx7771** | | | Mortgage | | | | | |
| Ocwen PO Box 785057 Orlando, FL 32878 | | H | Multi family house (duplex) - 1125-27 Dearborn St., Indianapolis, IN 46201 | | | | | |
| | | | Value $      64,800.00 | | | | 101,397.64 | 36,597.64 |
| Account No. **xxxxx8495** | | | mortgage | | | | | |
| Ocwen PO Box 785057 Orlando, FL 32878 | | J | multi family house (duplex) 822-224 Jefferson Ave., Indianapolis, IN 46201 | | | | | |
| | | | Value $      73,600.00 | | | | Unknown | Unknown |
| Account No. | | | asset-backed pass-thru certs, series 2004-W11) multi family home (duplex) 1825-1827 Rural St., Indianapolis, IN 46218 (Atty for Deutsche Bank Natl. Tr. Co., as trustee, in trust for the regist'd holders of Ameriquest Mortgage securities, Inc. Asset-backed pass-through certs.Series | | | | | |
| Rothberg Logan & Warsco LLP 110 W. Berry St., Ste. 2100 PO Box 11647 Fort Wayne, IN 46859 | | H | | | | | | |
| | | | Value $      63,800.00 | | | | 81,975.63 | 18,175.63 |

Sheet __14__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 183,373.27 | 54,773.27 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Adam F Starr,**
    **Johanna M Starr**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rothberg Logan & Warsco, LLP<br>110 W. Berry St., Ste. 2100<br>PO Box 11647<br>Fort Wayne, IN 46859 | | H | multi family house (duplex) 4126-4128 E. Washington St., Indianapolis, IN 46201<br><br>Value $            55,600.00 | | | | 73,422.15 | 17,822.15 |
| Account No. xxxxxx6160<br><br>Saxon Mortgage Services, Inc.<br>PO Box 161489<br>Fort Worth, TX 76161 | | H | Mortgage<br><br>Multi family house (fourplex) 443-45 N. Gladstone, Indianapolis, IN 46201<br><br>Value $           116,800.00 | | | | 146,006.25 | 29,206.25 |
| Account No. xxxxxx6362<br><br>Select Portfolio Servicing<br>Attn: Research Dept.<br>PO Box 65777<br>Salt Lake City, UT 84165 | | W | Mortgage<br><br>Single Family house - 4359 Barnor, Indianapolis, IN 46226<br><br>Value $            58,900.00 | | | | 73,633.79 | 14,733.79 |
| Account No. xxxxxx5131<br><br>SunTrust Mortgage, Inc.<br>PO Box 2767<br>Richmond, VA 23261 | | H | Mortgage<br><br>Single family house - 1228 N. Emerson, Indianapolis, IN 46219<br><br>Value $            72,800.00 | | | | 90,871.77 | 18,071.77 |
| Account No. 9016<br><br>Velocity Investments, LLC<br>PO Box 788<br>Belmar, NJ 07719 | | H | 7/6/04<br><br>Consumer Loan<br><br>Whole house water filtration system for 5236 N. Arlington Ave., Indianapolis, IN 46219<br>Value $             4,000.00 | | | | 4,325.14 | 325.14 |

Sheet __15__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 388,259.10 | 80,159.10 |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Adam F Starr,**
    **Johanna M Starr**

_____,
                    Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A** | | | **Mortgage** | | | | | |
| **Walter Bopp 650 E. Carmel Dr., Suite 125 Carmel, IN 46032** | | H | **Single family house - 9610 Meadowlark Dr., Indianapolis, IN 46235** | | | | | |
| | | | Value $ **48,800.00** | | | | **60,996.00** | **12,196.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __16__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **60,996.00** | **12,196.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,797,865.02** | **483,172.13** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

.

In re    **Adam F Starr,**
    **Johanna M Starr**                                                    Case No. _____

_____ ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Adam F Starr,**
       **Johanna M Starr**
                                                          Case No. _____
                                              ,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Adriana Wright** <br> **643 N. Eastern Ave.** <br> **Indianapolis, IN 46201** | | H | 10/1/06 <br><br> **Deposit on rental property** | | | | <br><br> 300.00 | 0.00 | 300.00 |
| Account No. <br><br> **Candace Studivant** <br> **1827 N. Rural St.** <br> **Indianapolis, IN 46218** | | H | 10/1/06 <br><br> **Deposit on rental property** | | | | <br><br> 300.00 | 0.00 | 300.00 |
| Account No. <br><br> **Deanna Thompson** <br> **832 N. Emerson Ave.** <br> **Indianapolis, IN 46201** | | W | 10/1/06 <br><br> **Deposit on rental property** | | | | <br><br> 300.00 | 0.00 | 300.00 |
| Account No. <br><br> **Dyllis Morris** <br> **830 N. Emerson Ave.** <br> **Indianapolis, IN 46201** | | W | 10/1/06 <br><br> **Deposit on rental property** | | | | <br><br> 200.00 | 0.00 | 200.00 |
| Account No. <br><br> **Kimberly Woods** <br> **1228 N. Emerson Ave.** <br> **Indianapolis, IN 46219** | | H | 10/1/06 <br><br> **Deposit on rental property** | | | | <br><br> 600.00 | 0.00 | 600.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    1,700.00    1,700.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Adam F Starr,**
      **Johanna M Starr**

Case No. _____

Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**Lark Johnson**<br>**937 N. Dearborn St..**<br>**Indianapolis, IN 46201** | | H | | 10/1/06<br><br>**Deposit on rental property** | | | | 500.00 | 0.00<br><br>500.00 | |
| Account No.<br><br>**Matrese Hunter**<br>**822 N. Jefferson Ave.**<br>**Indianapolis, IN 46201** | | H | | 10/1/06<br><br>**Deposit on rental property** | | | | 400.00 | 0.00<br><br>400.00 | |
| Account No.<br><br>**Valerie Goodman**<br>**645 N. Eastern Ave.**<br>**Indianapolis, IN 46201** | | H | | 10/1/06<br><br>**Deposit on rental property** | | | | 300.00 | 0.00<br><br>300.00 | |
| Account No.<br><br>**Williametra Whorton**<br>**1825 N. Rural St.**<br>**Indianapolis, IN 46218** | | H | | 10/1/06<br><br>**Deposit on rental property** | | | | 100.00 | 0.00<br><br>100.00 | |
| Account No.<br><br> | | | | | | | | | | |

Sheet _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,300.00 | 0.00<br>1,300.00 |
| Total<br>(Report on Summary of Schedules) | 3,000.00 | 0.00<br>3,000.00 |

B6F (Official Form 6F) (12/07)

In re     **Adam F Starr,**
          **Johanna M Starr**                                                     Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0364**<br><br>**1st Financial Bank USA**<br>**Credit Card Serv. Center**<br>**PO Box 1200**<br>**North Sioux City, SD 57049** | | **W** | **2000**<br>**credit card** | | | | **9,134.68** |
| Account No.<br><br>**AF Properties, LLC**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | | **H** | **August 2006**<br>**Personal Loan** | | | | **2,400.00** |
| Account No.<br><br>**American Security Ins. Company**<br>**PO Box 50355**<br>**Atlanta, GA 30302** | | **H** | **single family house - 2946 N. Colorado Ave., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**American Security Ins. Company**<br>**PO Box 50355**<br>**Atlanta, GA 30302** | | **H** | **single family house - 517 N. Dearborn St., Indianapolis, IN 46201** | | | | **Unknown** |

__29__  continuation sheets attached

Subtotal
(Total of this page)          **11,534.68**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:21307-101118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**                                                          Case No. _____
         **Johanna M Starr**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 5/27/10 | | | | |
| Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Dr., ste. 400 Chicago, IL 60606-4440 | | J | | collection agent for Capital One | | | | Unknown |
| Account No. | | | | multi family house (duplex) - 643-645 N. Eastern Ave., Indianapolis, IN 46201 | | | | |
| Buckeye State Mutual Ins. Co. (Hodges Insurance) One Heritage Place Piqua, OH 45356 | | H | | | | | | Unknown |
| Account No. | | | | multi family house (duplex) - 822-824 Jefferson Ave., Indianapolis, IN 46201 | | | | |
| Buckeye State Mutual Ins. Co. (Hodges Insurance) One Heritage Place Piqua, OH 45356 | | H | | | | | | Unknown |
| Account No. xxxxxxxxxxxx2250 | | | | after 1997 credit card | | | | |
| Capital One Attn: General Correspondence PO Box 30285 Salt Lake City, UT 84130 | | H | | | | | | 8,723.65 |
| Account No. | | | | 6/21/07 multi family house (duplex) 2317-2319 Coyner Ave., Indianapolis, IN 46218 | | | | |
| Citizens Gas PO Box 7056 Indianapolis Indianapolis, IN 46207 | | H | | | | | | 70.37 |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,794.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**                                                          Case No. _____
     **Johanna M Starr**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225 | | H | single family house - 3901 Arquette Dr., Indianapolis, IN 46235 | | | | Unknown |
| Account No. <br><br>City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225 | | H | single family house - 5236 N. Arlington Ave., Indianapolis IN 46219 | | | | Unknown |
| Account No. <br><br>City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225 | | W | single family house - 3347 Arthington Blvd., Indianapolis, IN 46218 | | | | Unknown |
| Account No. <br><br>City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225 | | W | single family house - 4359 Banor, Indianapolis, IN 46226 | | | | Unknown |
| Account No. <br><br>City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225 | | H | Multi family house (triplex) 2126-2128 Brookside Ave., Indianapolis, IN 46218 (includes parcels at 2130 and 2134 Brookside) | | | | 291.00 |

Sheet no. __2__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          291.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**
　　　　**Johanna M Starr**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | J | **Single family house - 2946 N. Colorada Ave., Indianapolis, IN 46218** | | | | **0.00** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Single family - 2308 Coyner Ave., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Single family house - 2313 Coyner Ave., Indianapolis, IN 46218 (includes parcel at 2309 Coyner)** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Multi family house (duplex) 2317 - 2319 Coyner Ave., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Single family house - 517 N. Dearborn St., Indianapolis, IN 46201** | | | | **Unknown** |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**                                             Case No. _____
         **Johanna M Starr**
                                                          ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225** | | H | | **Multi family house (duplex) - 937-939 Dearborn St. Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225** | | H | | **Multi family house (duplex) 1125 - 1127 N. Dearborn St., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225** | | H | | **Multi family house (duplex) 643-645 N. Eastern Ave., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225** | | H | | **Multi family house (duplex) 830-832 N. Emerson Ave., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis<br>Dept. of Code Enforcement<br>1200 Madison Ave., Ste. 100<br>Indianapolis, IN 46225** | | H | | **Single family house - 1228 N. Emerson Ave., Indianapolis, IN 46219** | | | | **Unknown** |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **Adam F Starr,**                                                                    Case No. _____
           **Johanna M Starr**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | | **Multi family house (fourplex) 443-445 N. Gladstone Ave., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | | **Multi family house (duplex) 822-824 Jefferson Ave., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | | **Single family house - 9210 Meadowlark Dr., Indianapolis, IN 46235** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | | **Single family house - 646 N. Oxford Ave., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | | **Single family house - 533 N. Parker Ave., Indianapolis, IN 46201** | | | | **Unknown** |

Sheet no. __**5**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal           **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**
       **Johanna M Starr**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Multi family house (duplex) 1825-1827 Rural St., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Multi family house (duplex) 1829-1831 Rural St., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Multi family house (duplex) - 4126-4128 E. Washington St., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis**<br>**Dept. of Code Enforcement**<br>**1200 Madison Ave., Ste. 100**<br>**Indianapolis, IN 46225** | | H | **Single family house - 6144 Woodfox Ct., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs.**<br>**3838 N. Rural St., 4th Fl.**<br>**Indianapolis, IN 46205** | | H | **single family home - 3901 Arquette Dr., Indianapolis, IN 46235** | | | | **Unknown** |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam F Starr,**
        **Johanna M Starr**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | single family house - 5236 N. Arlington Ave., Indianapolis, IN 46205 | | | | Unknown |
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | W | single family house - 4359 Barnor, Indianapolis, IN 46226 | | | | Unknown |
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | W | single family house - 3347 Arthington Blvd., Indianapolis, IN 46218 | | | | Unknown |
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | multi family house (triplex) 2126-2128 Brookside Ave., Indianapolis, IN 46218 includes parcels at 2130 and 2134 Brookside | | | | Unknown |
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | single family house - 2946 N. Colorado Ave., Indianapolis, IN 46218 | | | | Unknown |

Sheet no. __7___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam F Starr,**
       **Johanna M Starr**                                               ,  Case No. _____

                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | single family house - 2308 Coyner Ave., Indianapolis, IN 46218 | | | | Unknown |
| Account No. <br><br> City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | single family house - 2313 Coyner Ave., Indianapolis, IN 46218 (includes parcel at 2309 Coyner) | | | | Unknown |
| Account No. <br><br> City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | multi family house (duplex) 2317-2319 Coyner Ave., Indianapolis, IN 46218 | | | | Unknown |
| Account No. <br><br> City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | single family house - 517 N. Dearborn St., Indianapolis, IN 46201 | | | | Unknown |
| Account No. <br><br> City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | multi family house (duplex) - 937-939 N. Dearborn St., Indianapolis, IN 46201 | | | | Unknown |

Sheet no. __8__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal            **0.00**
                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**    Case No. _____
**Johanna M Starr**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | multi family house (duplex) - 1125-1127 N. Dearborn St., Indianapolis, IN 46218 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | J | | | | | Unknown |
| Account No. | | | multi family house (duplex) 643-645 N. Eastern Ave., Indianapolis, IN 46201 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | multi family house (duplex) 830-832 N. Emerson Ave., Indianapolis, IN 46218 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | W | | | | | Unknown |
| Account No. | | | single family house - 1228 N. Emerson Ave., Indianapolis, IN 46219 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | multi family house (fourplex) 443-445 N. Gladstone Ave., Indianapolis, IN 46201 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |

Sheet no. __9__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**                                         Case No. _____
        **Johanna M Starr**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | multi family house (duplex) 822-224 Jefferson Ave., Indianapolis, IN 46218 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | single family house - 9610 Meadowlark Dr., Indianapolis, IN 46235 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | single family house - 646 N. Oxford Ave., Indianapolis, IN 46201 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | single family house - 533 N. Parker Ave., Indianapolis, IN 46201 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | multi family house (duplex) - 1825-1827 Rural St., Indianapolis, IN 46218 | | | | |
| City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | | | | | Unknown |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**                                                                  Case No. _____
      **Johanna M Starr**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | multi family house (duplex), 1829-1831 Rural St., Indianapolis, IN 46218 | | | | Unknown |
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | multi family house (duplex), 4126-4128 E. Washington St., Indianapolis, IN 46201 | | | | Unknown |
| Account No.<br><br>City of Indianapolis, Dept.of Metro DEV; Div.of Comm DEV.& Fin.Srvcs. 3838 N. Rural St., 4th Fl. Indianapolis, IN 46205 | | H | single family house - 6144 Woodfox Ct., Indianapolis, IN 46201 | | | | Unknown |
| Account No.<br><br>Commercial Recovery Systems, Inc. 8035 E. R.L. Thorton, Ste. 220 Dallas, TX 75357-0909 | | W | Collection agent for Vericrest Financial | | | | Unknown |
| Account No.<br><br>Darryl Finkton 1715 N. Shadeland Ave. Indianapolis, IN 46219 | | J | | | | | Unknown |

Sheet no. __11__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                                **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**
    **Johanna M Starr**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**David Seo**<br>**4215 Waterford Way**<br>**Gurnee, IL 60031** | | J | **10/01/08**<br>**prior personal rental residence-**<br>**5 months rent from Oct. 2009 to April 2010** | | | | 7,375.00 |
| Account No. **xxxxx9043**<br><br>**Discover Financial Services**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130** | | H | **1997**<br>**Credit card** | | | | 6,190.90 |
| Account No. **xxxx5044**<br><br>**Eli Lilly Federal Credit Union**<br>**225 S. East St., Ste. 300**<br>**Indianapolis, IN 46202** | | H | **After 2002**<br>**Line of Credit** | | | | 1,772.00 |
| Account No.<br><br>**Elite Resource Mgmt.**<br>**2121 E. 52nd St., #219C**<br>**Indianapolis, IN 46205-1488** | | H | **collection agent for Citizens Gas, multi family**<br>**house (duplex) - 2317-2319 Coyner Ave.,**<br>**Indianapolis, IN 46218** | | | | **Unknown** |
| Account No.<br><br>**Encore Receivable Mgmt., Inc.**<br>**400 N. Rogers Rd.**<br>**PO Box 3330**<br>**Olathe, KS 66063** | | H | **2009**<br>**collection agent for GE Money Bank** | | | | **Unknown** |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,337.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**
       **Johanna M Starr**                                                    Case No. _____

                                                                          ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Equable Ascent Financial LLC** **1120 West Cook Rd., Ste. B** **IL 60080** | J | | | | Collection agent for GE Money Bank | | | | **Unknown** |
| Account No. **GC Services Limited Partnership** **6330 Gulfton** **Houston, TX 77081** | H | | | | 2009 collection agent for Capital One | | | | **Unknown** |
| Account No. xxxxxxxxxxxx6446 **GE Money Bank** **PO Box 981127** **El Paso, TX 79998** | H | | | | 3/31/04 and 12/10/04 consumer line of credit for carpeting installed in house that we no longer own | | | | **4,118.99** |
| Account No. **Health & Hosp. Corp. of Marion Cnty** **Dept.of Housing & Neighborhood Heal** **3838 N. Rural St., Room 400** **Indianapolis, IN 46205** | H | | | | single family house - 3901 Arquette Dr., Indianapolis, IN 46235 | | | | **Unknown** |
| Account No. **Health & Hosp. Corp. of Marion Cnty** **Dept.of Housing & Neighborhood Heal** **3838 N. Rural St., Room 400** **Indianapolis, IN 46205** | H | | | | single family house - 5236 N. Arlington Ave., Indianapolis, IN 46219 | | | | **Unknown** |

Sheet no. __13__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **4,118.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**
      **Johanna M Starr**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | W | single family house - 3347 Arthington Blvd., Indianapolis, IN 46218 | | | | Unknown |
| Account No. <br><br> Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | W | single family house - 4359 Barnor, Indianapolis, IN 46226 | | | | Unknown |
| Account No. <br><br> Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | multi family house (triplex) 2126 - 2128 Brookside Ave., Indianapolis, IN 46218 (includes parcels at 2130 and 2134 Brookside, Indianapolis, IN) | | | | Unknown |
| Account No. <br><br> Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | single family house - 2946 N. Colorado Ave., Indianapolis, IN 46218 | | | | Unknown |
| Account No. <br><br> Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | single family house -2308 Coyner Ave., Indianapolis, IN 46218 | | | | Unknown |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**                                                          Case No. _____
         **Johanna M Starr**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | single family house - 2313 Coyner Ave., Indianapolis, IN 46218 includes parcel at 2309 Coyner | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | multi family house (duplex) 2317-2319 Coyner Ave., Indianapolis, IN 46218 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | single family house - 517 N. Dearborn St., Indianapolis, IN 46201 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | multi family house (duplex) 937-939 Dearborn, Indianapolis, IN 46201 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | Unknown |
| Account No. | | | multi family house (duplex) 1125-1127 N. Dearborn St., Indianapolis, IN 46201 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | Unknown |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**    Case No. _____
    **Johanna M Starr**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | multi family house (duplex) 643-645 N. Eastern Ave., Indianapolis, IN 46201 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | | **Unknown** |
| Account No. | | | | multi family houes (duplex) 830-832 N. Emerson Ave., Indianapolis, IN 46219 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | W | | | | | | **Unknown** |
| Account No. | | | | single family house - 1228 N. Emerson Ave., Indianapolis, IN 46219 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | | **Unknown** |
| Account No. | | | | multi family house (fourplex) 443-445 N. Gladstone Ave., Indianapolis, IN 46201 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | | **Unknown** |
| Account No. | | | | multi family house (duplex) 822-224 Jefferson Ave., Indianapolis, IN 46201 | | | | |
| Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205 | | H | | | | | | **Unknown** |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam F Starr,**                                                              Case No. _____

        **Johanna M Starr**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205** | | H | **single family house - 9610 Meadowlark Dr., Indianapolis, IN 46235** | | | | **Unknown** |
| **Account No.** <br><br> **Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205** | | H | **single family house - 646 N> Oxford Ave., Indianapolis, IN 46201** | | | | **Unknown** |
| **Account No.** <br><br> **Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205** | | H | **single family - 533 N. Parker Ave, Indianapolis, IN 46201** | | | | **Unknown** |
| **Account No.** <br><br> **Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205** | | H | **multi family house (duplex) 1825-1827 Rural St., Indianapolis, IN 46218** | | | | **Unknown** |
| **Account No.** <br><br> **Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205** | | H | **multi family house (duplex) 1829-1831 Rural St., Indianapolis, IN 46218** | | | | **Unknown** |

Sheet no. __17__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Adam F Starr,**                                                   Case No. _____
         **Johanna M Starr**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205** | | H | **multi family house (duplex) 4126-4128 E. Washington St., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No. <br><br> **Health & Hosp. Corp. of Marion Cnty Dept.of Housing & Neighborhood Heal 3838 N. Rural St., Room 400 Indianapolis, IN 46205** | | H | **single family house - 6144 Woodfox Ct., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No. <br><br> **IEI Financial Services LLC PO Box 42788 Indianapolis, IN 46242** | | H | **6/3/09 Collection agent for Indiana Power and Light Co., Single family house -5236 N. Arlington Ave., Indianapolis, IN 46219** | | | | **Unknown** |
| Account No. <br><br> **Indiana Power and Light Co. Customer Service Center 2102 N. Illinois St. Indianapolis, IN 46202-1330** | | H | **6/3/09 single family house - 5236 N. Arlington Ave., Indianapolis, IN 46219** | | | | **94.01** |
| Account No. <br><br> **J.C. Christensen and Assoc., Inc. PO Box 519 Sauk Rapids, MN 56379** | | W | **2009 collection agent for 1st Financial Bank USA** | | | | **Unknown** |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **94.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**                                             Case No. _____
       **Johanna M Starr**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Meritplan Insurance Company 3349 Michelson Dr., Ste. 200 Irvine, CA 92612** | | H | single family house - 2308 Coyner Ave., Indianapolis, IN 46218 | | | | **Unknown** |
| Account No. <br><br> **Meritplan Insurance Company 3349 Michelson Dr., Ste. 200 Irvine, CA 92612** | | J | 533 N. Parker | | | | **0.00** |
| Account No. <br><br> **Nancy Bednar 3415 Prairie Ave. Brookfield, IL 60513** | | J | 10/31/09 current rental residence $450/per month | | | | **Unknown** |
| Account No. <br><br> **National Enterprise Systems 29125 Solon Rd. Solon, OH 44139-3442** | | H | 2009 collection agent for GE Money Bank | | | | **Unknown** |
| Account No. <br><br> **NCO Financial Systems Inc. 4740 Baxter Rd. Virginia Beach, VA 23462** | | H | collection agent for Capital One | | | | **Unknown** |

Sheet no. __19__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**                                                    Case No. _____
         **Johanna M Starr**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.   2009 collection agent for Capital One | | | | | | | | |
| **Nelson, Watson & Assoc., LLC 80 Merrimack St., Lower Level Haverhill, MA 01830** | | H | | | | | | Unknown |
| Account No. | | | | single family house - 2946 N. Colorado Ave., Indianapolis, IN 46218 | | | | |
| **Pekin Insurance (Ellinger Riggs, Agent) 2505 Court St. Pekin, IL 61558** | | H | | | | | | Unknown |
| Account No. | | | | single family house - 2308 Coyner Ave., Indianapolis, IN 46218 | | | | |
| **Pekin Insurance (Ellinger Riggs, Agent) 2505 Court St. Pekin, IL 61558** | | H | | | | | | Unknown |
| Account No. | | | | single family houes - 517 N. Dearborn St., Indianapolis, IN 46201 | | | | |
| **Pekin Insurance (Ellinger Riggs, Agent) 2505 Court St. Pekin, IL 61558** | | H | | | | | | Unknown |
| Account No. | | | | multi family houes (duplex) 937-939 Dearborn St, Indianapolis, IN 46201 | | | | |
| **Pekin Insurance (Ellinger Riggs, Agent) 2505 Court St. Pekin, IL 61558** | | H | | | | | | Unknown |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**
       **Johanna M Starr**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | single family house - 533 N. Parker Ave., Indianapolis, IN 46201 | | | | |
| **Pekin Insurance (Ellinger Riggs, Agent) 2505 Court St. Pekin, IL 61558** | | H | | | | | | **Unknown** |
| Account No. | | | | Multi family house (duplex) - 822-224 Jefferson Ave., Indianapolis, IN 46201 | | | | |
| **QBE Insurance Corporation 88 Pine Street, 16th Floor New York, NY 10005** | | H | | | | | | **Unknown** |
| Account No. | | | | 2001 payback of parent plus loan | | | | |
| **Roger Starr 1480 West Haysville Rd. Jasper, IN 47546** | | H | | | | | | **20,000.00** |
| Account No. | | | | multi family house (fourplex) - 443-445 N. Gladstone Ave., Indianapolis, IN 46201- Premium charge assessed to escrow for failure to have insurance coverage | | | | |
| **Saxon Mortgage Services, Inc. PO Box 161489 Fort Worth, TX 76161** | | H | | | | | | **1,848.00** |
| Account No. | | | | single family house - 3901 Arquette Dr., Indianapolis, IN 46235 | | | | |
| **State Farm Ins. (Ben Kemp, Agent) 2550 Northwestern Ave. West Lafayette, IN 47906** | | H | | | | | | **Unknown** |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,848.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**
**Johanna M Starr**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | single family house - 3347 Arthington Blvd., Indianapolis, IN 46218 | | | | |
| State Farm Ins. (Ben Kemp, Agent) 2550 Northwestern Ave. West Lafayette, IN 47906 | | W | | | | | Unknown |
| Account No. | | | multi family house (duplex) 2317-2319 Coyner Ave., Indianapolis, IN 46218 | | | | |
| State Farm Ins. (Ben Kemp, Agent) 2550 Northwestern Ave. West Lafayette, IN 47906 | | H | | | | | Unknown |
| Account No. | | | multi family house (duplex) - 1125-1127 N. Dearborn St., Indianapolis, IN 46201 | | | | |
| State Farm Ins. (Ben Kemp, Agent) 2550 Northwestern Ave. West Lafayette, IN 47906 | | H | | | | | Unknown |
| Account No. | | | single family house - 9610 Meadowlark Dr., Indianapolis, IN 46235 | | | | |
| State Farm Ins. (Ben Kemp, Agent) 2550 Northwestern Ave. West Lafayette, IN 47906 | | H | | | | | Unknown |
| Account No. | | | 5/1/09 Johanna's Stafford loans | | | | |
| U.S. Department of Education Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609 | | W | | | | | 3,135.33 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,135.33

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam F Starr,**
       **Johanna M Starr**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**U.S. Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609** | | W | | **7/10/09<br>Johanna's Stafford loans** | | | | 3,135.33 |
| Account No.<br><br>**U.S. Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609** | | W | | **10/2/09<br>Johanna's Stafford loans** | | | | 3,134.34 |
| Account No.<br><br>**U.S. Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609** | | W | | **1/22/10<br>Johanna's Stafford loans** | | | | 3,483.00 |
| Account No.<br><br>**U.S. Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609** | | J | | **3/26/10<br>Johanna's Stafford loans** | | | | 3,483.00 |
| Account No.<br><br>**U.S. Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609** | | J | | **7/2/10<br>Johanna's Stafford loans** | | | | 3,483.00 |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,718.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**                                                    Case No. _____
       **Johanna M Starr**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **U.S. Department of Education Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609** | | W | **10/5/10** <br> **Johanna's Stafford loans** | | | | **3,500.00** |
| Account No. <br><br> **U.S. Department of Education Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609** | | W | **Dec. 2010** <br> **Johanna's Stafford loans** | | | | **3,500.00** |
| Account No. <br><br> **Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206** | X | H | **single family house - 3901 Arquette Dr., Indianapolis, IN 46235** | | | | **Unknown** |
| Account No. <br><br> **Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206** | | H | **single family house - 5236 N. Arlington Ave., Indianapolis, IN 46219** | | | | **Unknown** |
| Account No. <br><br> **Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206** | | W | **single family house - 3347 Arthington Blvd., Indianapolis, IN 46218** | | | | **Unknown** |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 **7,000.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**                                                                 Case No. _____
          **Johanna M Starr**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | single family house - 4359 Barnor, Indianapolis, IN 46226 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | W | | | | | Unknown |
| Account No. | | | multi family house (triplex) - 2126-2128 Brookside Ave., Indianapolis, IN 46218 (includes parcels at 2130 and 2134 Brookside) | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | Unknown |
| Account No. | | | single family house - 2946 N. Colorado Ave., Indianapolis, IN 46218 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | Unknown |
| Account No. | | | single family house - 2308 Coyner Ave., Indianapolis, IN 46218 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | Unknown |
| Account No. | | | single family house - 2313 Coyner Ave., Indianapolis, IN 46218 (includes parcel at 2309 Coyner) | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | Unknown |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam F Starr,**
    **Johanna M Starr**                                                    Case No. _____

                                                                 ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | multi family house (duplex) 2317-2319 Coyner Ave., Indianapolis, IN 46218 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | | Unknown |
| Account No. | | | | single family house - 517 N. Dearborn St., Indianapolis, IN 46201 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | | Unknown |
| Account No. | | | | multi family house (duplex) 937-939 N. Dearborn St., Indianapolis, IN 46201 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | | Unknown |
| Account No. | | | | multi family house (duplex) 1125-1127 N. Dearborn St., Indianapolis, IN 46201 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | | Unknown |
| Account No. | | | | multi family house (duplex) 643-645 N. Eastern Ave., Indianapolis, IN 46201 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | | Unknown |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam F Starr,**                                                   Case No. _____

         **Johanna M Starr**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Veolia Water Indianapolis, LLC<br>1220 Waterway Blvd.<br>PO Box 1220<br>Indianapolis, IN 46206** | | W | **multi family house (duplex) 830-832 N. Emerson Ave., Indianapolis, IN 46219** | | | | **Unknown** |
| Account No.<br><br>**Veolia Water Indianapolis, LLC<br>1220 Waterway Blvd.<br>PO Box 1220<br>Indianapolis, IN 46206** | | H | **single family house - 1228 N. Emerson Ave., Indianapolis, IN 46219** | | | | **Unknown** |
| Account No.<br><br>**Veolia Water Indianapolis, LLC<br>1220 Waterway Blvd.<br>PO Box 1220<br>Indianapolis, IN 46206** | | H | **multi family house (fourplex) 443-445 N. Gladstone Ave., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**Veolia Water Indianapolis, LLC<br>1220 Waterway Blvd.<br>PO Box 1220<br>Indianapolis, IN 46206** | | H | **multi family house (duplex) 822-224 Jefferson Ave., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No.<br><br>**Veolia Water Indianapolis, LLC<br>1220 Waterway Blvd.<br>PO Box 1220<br>Indianapolis, IN 46206** | | H | **single family house - 9610 Meadowlark Dr., Indianapolis, IN 46235** | | | | **Unknown** |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam F Starr,**                                                       Case No. _____
        **Johanna M Starr**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Veolia Water Indianapolis, LLC** <br> **1220 Waterway Blvd.** <br> **PO Box 1220** <br> **Indianapolis, IN 46206** | | H | | | **single family house - 646 N. Oxford Ave, Indianapolis, IN 46201** | | | | **Unknown** |
| Account No. <br><br> **Veolia Water Indianapolis, LLC** <br> **1220 Waterway Blvd.** <br> **PO Box 1220** <br> **Indianapolis, IN 46206** | | H | | | **single family house - 533 N. Parker Ave., Indianapolis, IN 46201** | | | | **Unknown** |
| Account No. <br><br> **Veolia Water Indianapolis, LLC** <br> **1220 Waterway Blvd.** <br> **PO Box 1220** <br> **Indianapolis, IN 46206** | | H | | | **multi family house (duplex) 1825-1827 Rural St., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No. <br><br> **Veolia Water Indianapolis, LLC** <br> **1220 Waterway Blvd.** <br> **PO Box 1220** <br> **Indianapolis, IN 46206** | | H | | | **multi family house (duplex) 1829-1831 Rural St., Indianapolis, IN 46218** | | | | **Unknown** |
| Account No. <br><br> **Veolia Water Indianapolis, LLC** <br> **1220 Waterway Blvd.** <br> **PO Box 1220** <br> **Indianapolis, IN 46206** | | H | | | **multi family house (duplex) 4126-4128 E. Washington St., Indianapolis, IN 46218** | | | | **Unknown** |

Sheet no. __28__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Adam F Starr,**
**Johanna M Starr**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | single family house - 6144 Woodfox Ct., Indianapolis, IN 46201 | | | | |
| Veolia Water Indianapolis, LLC 1220 Waterway Blvd. PO Box 1220 Indianapolis, IN 46206 | | H | | | | | | Unknown |
| Account No. | | | | 1/16/07 Medical credit card | | | | |
| Vericrest Financial Attn: Correspondence Dept. 715 S. Metropolitan Ave. Oklahoma City, OK 73124 | | W | | | | | | 3,452.53 |
| Account No. | | | | 1997 Attorney for Discover Bank, Case No. 10 M1 118710 | | | | |
| Weltman, Weinberg & Reis Co., LPA 180 N. LaSalle St., Suite 2400 Chicago, IL 60601 | | H | | | | | | Unknown |
| Account No. | | | | collection agent for GE Money Bank | | | | |
| Weltman, Weinberg & Reis Co., LPA 175 South 3rd St., Ste. 900 Columbus, OH 43215-5166 | | H | | | | | | Unknown |
| Account No. | | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,452.53

Total
(Report on Summary of Schedules)

92,325.13

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Adam F Starr,**                                                     Case No. _____
         **Johanna M Starr**

_____,
                                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AF Properties and Darryl Finkton**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | **Property Agreement whereby AF Properties received all rents and all associated monthly mortgage payments (including taxes and insurance through escrow or otherwise) agreement also forgave certain debts owed to AF Properties** |
| **AF Properties and Darryl Finkton**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | **Any active leases with lessees and AF Properties** |
| **AF Properties and Darryl Finkton**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | **Property Management Contracts on all rental properties** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Adam F Starr,**                                              Case No. _____
         **Johanna M Starr**
_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AF Properties and Darryl Finkton**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | **Tenant Security Deposits** |
| **AF Properties and Darryl Finkton**<br>**1715 N. Shadeland Ave.**<br>**Indianapolis, IN 46219** | **Veolia Water Indianapolis, LLC**<br>**1220 Waterway Blvd.**<br>**PO Box 1220**<br>**Indianapolis, IN 46206** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Adam F Starr**
       **Johanna M Starr**                                    Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Clinical Data Manager** | |
| Name of Employer | **i3 Statprobe** | |
| How long employed | **ten months** | |
| Address of Employer | **4745 Haven Point Blvd.** **Indianapolis, IN 46280** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 6,250.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 6,250.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 1,212.10 | $ | 0.00 |
|     b. Insurance | $ | 310.34 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,522.44 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,727.56 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.50 | $ | 0.50 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): **cutting/styling hair** | $ | 0.00 | $ | 25.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.50 | $ | 25.50 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,728.06 | $ | 25.50 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 4,753.56 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Adam F Starr**
_____
**Johanna M Starr**                                            Case No.  _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 450.00 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **mobile phones** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 240.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 21.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 152.00 |
| e. Other  **personal property** | $ | 10.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 596.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 1,401.98 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,465.98 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Rent increase to at least $600/month; health insurance premium increase (amount unknown, but likely to be significant)**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,753.56 |
| b. Average monthly expenses from Line 18 above | $ | 4,465.98 |
| c. Monthly net income (a. minus b.) | $ | 287.58 |

B6J (Official Form 6J) (12/07)

In re    **Adam F Starr**
      **Johanna M Starr**                                    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| Storage Unit | $ | 201.98 |
| Johann'a tuition not covered by loans | $ | 1,000.00 |
| college costs, books, supplies, etc (Johanna) | $ | 200.00 |
| **Total Other Expenditures** | $ | **1,401.98** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Adam F Starr**
**Johanna M Starr**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **66** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January  6, 2011**
_____

Signature  **/s/ Adam F Starr**
_____
**Adam F Starr**
Debtor

Date  **January  6, 2011**
_____

Signature  **/s/ Johanna M Starr**
_____
**Johanna M Starr**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Adam F Starr**
       **Johanna M Starr**                  Case No. _____

                              Debtor(s)                  Chapter     **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $72,750.96 | 2009 Gross wages (includes gross unemployment insurance) |
| $34.73 | 2009 Earned Interest |
| $18,410.00 | 2009 Rents* |
| $7.97 | 2010 - earned interest (as of 11/24/10) |
| $337.00 | 2010 - 2009 Indiana State Tax Refund |
| $683.74 | 2010 - 2009 Illinois State tax refund |
| $8,058.28 | 2010 - 2009 Federal Tax refund |
| $70,983.59 | 2010 - Gross wages (includes gross unemployment insurance)(as of 12/18/10) |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Illinois Institute of Art at Chicago** **350 N. Orleans St., #136** **Chicago, IL 60654** | **11/11/10** | **$2,425.00** | **$0.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Phillip A. Collins v. Feiwell & Hannoy, PC, case No. 1:08 CV 0401 TAB-LJM** | **Class action lawsuit** | **U.S. District Court, Southern District Indiana, Indianapolis Division** | **settled** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Deutsch Bank Natl Trust Co., et al. v. Adam F. Starr, et al., Case No. 49D01-0812-MF-057777** | **Foreclosure** | **Marion County Superior Court, Indianapolis, IN** | **Judgment and decree of foreclosure on May 4, 2009** |
| **Forum Credit Union v. Adam F. Starr, et al., Cause No. 49D01-0902-MF-007607** | **Foreclosure** | **Marion County Superior Court, Indianapolis, IN** | **Complaint on Note and to Foreclose Mortgage on February 18, 2009** |
| **Deutsche Bank Natl. Trust Company, et al. v. Adam F. Starr, et al., Cause No. 49D02-0809-MF-44927** | **Foreclosure** | **Marion County Superior Court, Indianapolis, IN** | **Motion for Default Judgment on 12/10/08** |
| **Greenpoint Mortgage Funding, Inc. v. Adam F. Starr, et al., Case No. 49D07-0810-MF-049526** | **Foreclosure** | **Marion County Superior Court, Indianapolis, IN** | **Default Judgment Entry, Decree of Foreclosure and Order appointing Hoosier Auction Company Pursuant to IC 32-30-10-9(b)(2) on 3/25/09** |
| **U.S. Bank National Assn., et al. v. Adam F. Starr, et al., Cause No. 49D06-0812-MF-55789** | **Foreclosure** | **Marion County Superior Court, Indianapolis, IN** | **Order granting default judgment 4/9/09** |
| **U.S. Bank National Association, as trustee under the securitization agreement dated as of July 1, 2005 structured asset securities corporation structured asset investment loan trust mortgage pass-through certiciate series 2005-HE1 vs. Adam F. Starr, et al., Cause No. 49D100912MF056943** | **Foreclosure** | **Marion County Superior Court, Indianapolis Indiana** | **Complaint on Note and to Foreclose Mortgage on Dec. 19, 2009** |
| **Discover Bank v. Adam Frank Starr, Case No. 10-M1 118710** | **Collection** | **Circuit Court of Cook County, Illinois, 1st Municipal District** | **Set for trial - 12/7/10** |
| **49C010809M1043370** | **Notice of Filing Petition for Tax Deed** | **Marion County Superior Court, Indianapllis, Indiana** | **2130 Brookside Parkway (parcel associated with property at 2126-28 Brookside Parkway)** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cause No. 49C010809m1043370** | **Notice of Filing Petition for Tax Deed** | **Marion County Superior Court, Indianapolis, Indiana** | **2134 Brookside Parkway (parcel associated with propety at 2126-28 Brookside Pkwy)** |
| **Cause No. 49C010809m1043370** | **Notice of Filing Petition for Tax Deed** | **Marion County Superior Court, Indianapolis, Indiana** | **2309 Coyner (parcel associated with property at 2313 Coyner Ave.)** |
| **MainSource Bank vs. Johanna Starr, Health & Hospital Corp., City of Indianapolis and the Unknown Occupant, Case No. 49D040904MF015554** | **foreclosure** | **Marion County Superior Court, Indianapolis, Indiana** | **complaint on Note and to foreclosure mortgage** |
| **Capital One Bank (USA), N.A. vs. Adam F. Starr, Case No. 10M1145453** | **Trial Call Order** | **Circuit Court of Cook County, Illinois 1st Municipal District** | **Set for trial - 1/11/2011** |
| **State of Indiana, County of Marion, City of Indianapolis v. Adam F. Starr, Case No. 49F121009OV041940** | **Order to appear** | **Marion County Superior Court, Environment Division, Room 12, Indianapolis, IN** | **Order to appear at pre-trial conference on 1/10/11** |
| **Equitable Ascent Financial, LLC v. Adam Starr, Case No. 10M1-210711** | **Summons** | **Circuit Court of Cook County, Illinois, 1st Municipal District** | **Written appearance due by 1/11/11** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | **10/8/10** | **single family home - 2313 Coyner Ave., Indianapolis, IN 46218 (includes parcel at 2309 Coyner) $61,100.00** |
| **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | **6/30/10** | **single family house - 517 N. Dearborn St., Indianapolis, IN 46201 $56,000.00** |
| **Marion County Treasurer 200 E. Washington St. Suite 1001 Indianapolis, IN 46204** | **6/30/10** | **multi family house (duplex) 1125-1127 Dearborn N. Dearborn St., Indianapolis, IN 46201 $64,800.00** |

5

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Cell phone ($400.00)** | **Screen cracked (loss covered in whole by insurance)** | **7/12/10** |

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Money Sharp Credit Counseling Inc.** | **11/28/10** **paid for pre and post filing** | **$70.00** |

**10.  Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Old National Bank** | **Savings #....5399** | **$15.98 July 12, 2010** |

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

7

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5236 N. Arlington Ave., Indianapolis, IN 46226** | **Adam Starr, Johanna Starr** | **January 2006 to October 2008** |
| **36 Manchester Lane, Vernon Hills, IL 60061** | **Adam F. Starr and Johanna M. Starr** | **October 2008 to October 2009** |
| **3415 Prairie Ave., Brookfield, IL 60513** | **Adam Starr, Johanna Starr** | **October 2009 to present** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Indy Metro Properties** | **5125 and 8482** | **57 S. Bolton Avenue Indianapolis, IN 46219** | **Property Rental** | **November 2004 to December 2005** |
| **Adam F Starr** | **5125** | **3415 Prairie Avenue Brookfield, IL 60513** | **Property rental** | **November 2004 to present** |
| **Johanna M. Starr** | **8482** | **3415 Prairie Avenue Brookfield, IL 60513** | **Property Rental** | **November 2004 to present** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **AF Properties 1715 N. Shadeland Ave. Indianapolis, IN 46219** | **2005 to Present** |
| **Thomas Gunderson 3091 E. 98th St., Ste. 120 Indianapolis, IN 46280** | **2005 to present** |
| **Thomas Gunderson 3091 E. 98th St., Ste. 120 Indianapolis, IN 46280** | **5/8/09** |
| **Thomas Gunderson 3091 E. 98th St., Ste. 120 Indianapolis, IN 46280** | **7/20/10** |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **January  6, 2011**    Signature **/s/ Adam F Starr**

**Adam F Starr**
Debtor

Date **January  6, 2011**    Signature **/s/ Johanna M Starr**

**Johanna M Starr**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Adam F Starr**
**Johanna M Starr**
_____
Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Eli Lilly Federal Credit Union** | Describe Property Securing Debt:<br>**2001 Nissan Maxima** |
|---|---|

Property will be (check one):
☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**Eli Lilly Federal Credit Union** | Describe Property Securing Debt:<br>**2006 Toyota Scion xb** |
|---|---|

Property will be (check one):
☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>**-NONE-** | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| | | | |
|---|---|---|---|
| Date | **January  6, 2011** | Signature | **/s/ Adam F Starr** |
| | | | **Adam F Starr** |
| | | | Debtor |
| | | | |
| Date | **January  6, 2011** | Signature | **/s/ Johanna M Starr** |
| | | | **Johanna M Starr** |
| | | | Joint Debtor |

In re    **Adam F Starr**
      **Johanna M Starr**                               Case No.                       
                                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### Attachment A

**ALL OTHER SECURED DEBTS WILL NOT BE REAFFIRMED BY DEBTORS.**

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Adam F Starr**
**Johanna M Starr**
_____   Case No. _____
Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,799.00** |
| Prior to the filing of this statement I have received | $ | **7,799.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☐ Other (specify):   **Not Applicable**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 6, 2011**   **/s/ DAVID K. WELCH**
**DAVID K. WELCH**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777   Fax: 312-641-7114**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Adam F Starr**
   **Johanna M Starr**                           Case No. _____

                                       Debtor(s)         Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Adam F Starr** | X   **/s/ Adam F Starr**           **January  6, 2011** |
| **Johanna M Starr** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor                 Date |
| | |
| Case No. (if known) _____ | X   **/s/ Johanna M Starr**       **January  6, 2011** |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Adam F Starr**
**Johanna M Starr**
_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **75**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January  6, 2011**
_____

Date:  **January  6, 2011**
_____

**/s/ Adam F Starr**
_____
**Adam F Starr**
Signature of Debtor

**/s/ Johanna M Starr**
_____
**Johanna M Starr**
Signature of Debtor

1st Financial Bank USA
Credit Card Serv. Center
PO Box 1200
North Sioux City, SD 57049
.

Adriana Wright
643 N. Eastern Ave.
Indianapolis, IN 46201

AF Properties
1715 N. Shadeland Ave.
Indianapolis, IN 46219

AF Properties
1715  n. Shadeland Ave.
Indianapolis, IN 46219

AF Properties and Darryl Finkton
1715 N. Shadeland Ave.
Indianapolis, IN 46219

AF Properties, LLC
1715 N. Shadeland Ave.
Indianapolis, IN 46219

America's Sevicing Company
PO Box 10388
Des Moines, IA 50306

American FINCO
PO Box 59590
Schaumburg, IL 60159

American Home Mortgage
Servicing, Inc.
PO Box 631730
Irving, TX 75063

American Security Ins. Company
PO Box 50355
Atlanta, GA 30302

Aurora Loan Service
Customer Service Research
PO Box 1706
Scottsbluff, NE 69363

BAC Home Loans Servicing LP
PO Box 5170
Simi Valley, CA 93062-5170

Barclays Capital R.E., Inc. d/b/a
HomeEq.-Attn: Foreclosure Dept.
PO Box 90001
Raleigh, NC 27675

Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Dr., ste. 400
Chicago, IL 60606-4440

Buckeye State Mutual Ins. Co.
(Hodges Insurance)
One Heritage Place
Piqua, OH 45356

Candace Studivant
1827 N. Rural St.
Indianapolis, IN 46218

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

Chase Mortgage
PO Box 24696
Columbus, OH 43224-0643

Citizens Gas
PO Box 7056 Indianapolis
Indianapolis, IN 46207

City of Indianapolis
Dept. of Code Enforcement
1200 Madison Ave., Ste. 100
Indianapolis, IN 46225

City of Indianapolis Dept.of Metro
DEV; Div.of Comm DEV.& Fin.Srvcs
3838 N. Rural St., 4th Fl.
Indianapolis, IN 46205

Commercial Recovery Systems, Inc
8035 E. R.L. Thorton, Ste. 220
Dallas, TX 75357-0909

Countrywide Home Loans Servicing LP
PO Box 5170
Simi Valley, CA 93062

Darryl Finkton
1715 N. Shadeland Ave.
Indianapolis, IN 46219

David Seo
4215 Waterford Way
Gurnee, IL 60031

Deanna Thompson
832 N. Emerson Ave.
Indianapolis, IN 46201

Discover Financial Services
PO Box 30943
Salt Lake City, UT 84130

Dyllis Morris
830 N. Emerson Ave.
Indianapolis, IN 46201

Eli Lilly Federal Credit Union
225 S. East Street,
Suite 300
Indianapolis, IN 46202

Eli Lilly Federal Credit Union
225 S. East St., Ste. 300
Indianapolis, IN 46202

Elite Resource Mgmt.
2121 E. 52nd St., #219C
Indianapolis, IN 46205-1488

Encore Receivable Mgmt., Inc.
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063

Equable Ascent Financial LLC
1120 West Cook Rd., Ste. B
IL 60080

Forum Credit Union
Po Box 50738
Indianapolis, IN 46250

Foutty & Foutty, LLP
155 E. Market St., Ste. 605
Indianapolis, IN 46204

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

GE Money Bank
PO Box 981127
El Paso, TX 79998

GMAC Mortgage
3451 Hammond Ave.
Waterloo, IA 50702

GMAC Mortgage
PO Box 4622
Waterloo, IA 50704

Health & Hosp. Corp. of Marion Cnty
Dept.of Housing & Neighborhood Heal
3838 N. Rural St., Room 400
Indianapolis, IN 46205

Homeq. Servicing
Attn. Foreclosure Dept.
PO Box 90001
Raleigh, NC 27675

Hooiser Auction Company
PO Box 667
Indianapolis, IN 46244

IEI Financial Services LLC
PO Box 42788
Indianapolis, IN 46242

Indiana Power and Light Co.
Customer Service Center
2102 N. Illinois St.
Indianapolis, IN 46202-1330

J.C. Christensen and Assoc., Inc.
PO Box 519
Sauk Rapids, MN 56379

Kimberly Woods
1228 N. Emerson Ave.
Indianapolis, IN 46219

Lark Johnson
937 N. Dearborn St..
Indianapolis, IN 46201

MainSource Bank
201 Broadway
PO Box 87
Greensburg, IN 47240

Marion County Treasurer
200 E. Washington St.
Suite 1001
Indianapolis, IN 46204

Matrese Hunter
822 N. Jefferson Ave.
Indianapolis, IN 46201

Mercer Belanger    Chase Tower
111 Monument Circle, Ste. 3400
PO Box 44942
Indianapolis, IN 46244

Meritplan Insurance Company
3349 Michelson Dr., Ste. 200
Irvine, CA 92612

Nancy Bednar
3415 Prairie Ave.
Brookfield, IL 60513

National Enterprise Systems
29125 Solon Rd.
Solon, OH 44139-3442

NCO Financial Systems Inc.
4740 Baxter Rd.
Virginia Beach, VA 23462

Nelson, Watson & Assoc., LLC
80 Merrimack St., Lower Level
Haverhill, MA 01830

Ocwen
PO Box 785057
Orlando, FL 32878

Pekin Insurance
(Ellinger Riggs, Agent)
2505 Court St.
Pekin, IL 61558

QBE Insurance Corporation
88 Pine Street, 16th Floor
New York, NY 10005

Roger Starr
1480 West Haysville Rd.
Jasper, IN 47546

Rothberg Logan & Warsco, LLP
110 W. Berry St., Ste. 2100
PO Box 11647
Fort Wayne, IN 46859

Vanderest Financial
Attn: Correspondence Dept.
715 S. Metropolitan Ave.
Oklahoma City, OK 73124

Rothberg Logan & Warsco, LLP
110 W. Berry St., Ste. 2100
PO Box 11647
Fort Wayne, IN 46859

Walter Bopp
650 E. Carmel Dr.,
Suite 125
Carmel, IN 46032

Saxon Mortgage Services, Inc.
PO Box 161489
Fort Worth, TX 76161

Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle St., Suite 2400
Chicago, IL 60601

Select Portfolio Servicing
Attn: Research Dept.
PO Box 65777
Salt Lake City, UT 84165

Weltman, Weinberg & Reis Co., LPA
175 South 3rd St., Ste. 900
Columbus, OH 43215-5166

State Farm Ins.
(Ben Kemp, Agent)
2550 Northwestern Ave.
West Lafayette, IN 47906

Williametra Whorton
1825 N. Rural St.
Indianapolis, IN 46218

SunTrust Mortgage, Inc.
PO Box 2767
Richmond, VA 23261

U.S. Department of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609

Valerie Goodman
645 N. Eastern Ave.
Indianapolis, IN 46201

Velocity Investments, LLC
PO Box 788
Belmar, NJ 07719

Veolia Water Indianapolis, LLC
1220 Waterway Blvd.
PO Box 1220
Indianapolis, IN 46206